**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: *Baldwin County, Alabama v. Amerisourcebergen Drug Corporation et al*, No. 1:18-op-45152-DAP | JUDGE POLSTER |

**NOTICE OF APPEARANCE**

Please take notice that Mark H. Lynch of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001, hereby enters his appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

Respectfully submitted,

 /s/ Mark H. Lynch
Mark H. Lynch (D.C. Bar No. 139110)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 (Telephone)
mlynch@cov.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance* was sent by the Court's

electronic case filing system April 8, 2019, and served upon all those participating therein.

         /s/ Mark H. Lynch
         Mark H. Lynch (D.C. Bar No. 139110)